E. J. SALLO v. VITO C. AMATO.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CURRO.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD T. SESSIONS.

July 15, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 558)

STATE OF NEW JERSEY v. RICHARD R. PURPURA.

July 15, 1980.

Petition for certification denied.

MARGARET FRIZELL v. MELVIN LANDEW.

July 15, 1980.

Petition for certification denied.